No. 67644.—National Carloading Corp. and O. B. Distributors v. United States, protests 59/14980 and 59/12678 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiffs was sustained.

No. 67645.—Sterling Net & Twine Co., Inc. v. United States, protest 58/24038 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fishing nets similar in use to manufactures of cotton and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 67646.—I. Magnin & Co. v. United States, protest 58/8688 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon ladies' knit outerwear similar in use to silk knit outerwear and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.